# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   SIDNEY DAVIS III                                   Case No.: 09-48468

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/22/2009.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/03/2010.

6) Number of months from filing to the last payment: 1

7) Number of months case was pending: 4

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   21,164.97

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 550.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 550.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 39.05 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 39.05 |
| Attorney fees paid and disclosed by debtor | $ 1,374.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RJM ACQUISITIONS LLC | UNSECURED | 134.98 | 134.98 | 134.98 | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 340.52 | 340.52 | 340.52 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 14,700.00 | 18,102.51 | 17,324.00 | 510.95 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 2,624.00 | .00 | 778.51 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 1,537.90 | 1,394.32 | 1,394.32 | .00 | .00 |
| AMERICAN LOANS | UNSECURED | 3,408.08 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 793.03 | 663.02 | 663.02 | .00 | .00 |
| APPIED CARD BANK | UNSECURED | 1,203.00 | NA | NA | .00 | .00 |
| ARMOR SYSTEMS CORP | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET RECOVERY | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 927.03 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 1,421.44 | 1,421.44 | 1,421.44 | .00 | .00 |
| BLITT & GAINES PC | OTHER | .00 | NA | NA | .00 | .00 |
| BUREAU OF COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 812.21 | 844.91 | 844.91 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 706.07 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 1,366.50 | 1,710.14 | 1,710.14 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 1,487.93 | 1,497.98 | 1,497.98 | .00 | .00 |
| CB ACCOUNTS INC | OTHER | .00 | NA | NA | .00 | .00 |
| CCS INC | OTHER | .00 | NA | NA | .00 | .00 |
| DEVON FINANCIAL SERV | UNSECURED | 491.81 | 1,000.00 | 1,000.00 | .00 | .00 |
| CHECK N GO | UNSECURED | 2,876.73 | NA | NA | .00 | .00 |
| CHECK IN GO | UNSECURED | 304.13 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DIAGNOSTIC RADIOLOGY | UNSECURED | 48.00 | NA | NA | .00 | .00 |
| DIAGNOSTIC RADIOLOGY | UNSECURED | 10.60 | NA | NA | .00 | .00 |
| DIAGNOSTIC RADIOLOGY | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| DIAGNOSTIC RADIOLOGY | UNSECURED | 495.00 | NA | NA | .00 | .00 |
| ENH FACULTY PRACTICE | UNSECURED | 127.00 | NA | NA | .00 | .00 |
| ENH MEICAL EVANSTON | UNSECURED | 34.00 | NA | NA | .00 | .00 |
| EVANSTON NORTHWESTER | UNSECURED | 395.00 | NA | NA | .00 | .00 |
| FAMILY PRACTICE CENT | UNSECURED | 19.60 | NA | NA | .00 | .00 |
| FINANICAL RECOVERY S | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 356.00 | 356.74 | 356.74 | .00 | .00 |
| HSBC | UNSECURED | 1,077.25 | NA | NA | .00 | .00 |
| HSBC CARD SERVICES | UNSECURED | 1,619.95 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 2,531.80 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 2,201.12 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 4,317.67 | 9,946.26 | 9,946.26 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 907.54 | NA | NA | .00 | .00 |
| MEDSTAR MEDICAL CENT | UNSECURED | 189.00 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 348.00 | 348.27 | 348.27 | .00 | .00 |
| NATIONWIDE LOANS LLC | UNSECURED | 2,413.97 | 2,892.49 | 2,892.49 | .00 | .00 |
| NORTHWESTERN MED FAC | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 16.40 | NA | NA | .00 | .00 |
| NORTHWESTERN MED FAC | UNSECURED | 58.56 | NA | NA | .00 | .00 |
| ORADENT ASSOCIATES | UNSECURED | 301.63 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 816.69 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,188.27 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,485.71 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 324.20 | NA | NA | .00 | .00 |
| PENCREDIT CORP | OTHER | .00 | NA | NA | .00 | .00 |
| RECIEVABLES MANAGEME | OTHER | .00 | NA | NA | .00 | .00 |
| ROBERT M GERBER DPM | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| RPM INC | OTHER | .00 | NA | NA | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 335.68 | 400.24 | 400.24 | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 623.00 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 1,187.20 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 111.60 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 945.60 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 19.60 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 388.00 | NA | NA | .00 | .00 |
| TATE & KIRLIN ASSOC | OTHER | .00 | NA | NA | .00 | .00 |
| THE BUREAUS INC | OTHER | .00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 1,864.38 | NA | NA | .00 | .00 |
| AMERICAN INFOSOURCE | UNSECURED | 664.00 | 664.01 | 664.01 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 17,324.00 | 510.95 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 17,324.00 | 510.95 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 24,393.83 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 39.05 |
| Disbursements to Creditors | $ | 510.95 |
| **TOTAL DISBURSEMENTS:** | $ | 550.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   04/14/2010

/s/ Tom Vaughn
Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**